UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-40708 |
| | ) | Chapter 7 |
| TESHOME FELEMA BEKUTO | ) | |
| SSN/ITIN xxx-xx-3445 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| LEE ANN PIERCE, TRUSTEE | ) | Adv. No. 11-4028 |
| | ) | |
| Plaintiff | ) | |
| | ) | SUMMONS |
| -vs- | ) | |
| | ) | |
| TESHOME FELEMA BEKUTO | ) | |
| | ) | |
| Defendant. | ) | |

TO TESHOME FELEMA BEKUTO, THE ABOVE-NAMED DEFENDANT:

You are summoned and required to respond by motion or answer to the attached Complaint.

You must serve a copy of your motion or answer upon Lee Ann Pierce, Trustee, PO Box 524, Brookings, SD 57006, **within 30 days of the date the Bankruptcy Clerk issued this Summons, which is shown below**, or if you are the United States government or an agency thereof, within 35 days of the date the Bankruptcy Clerk issued this Summons.

You must file your original motion or answer with the Bankruptcy Clerk, U.S. Courthouse, 400 South Phillips Avenue, Room 104, Sioux Falls, South Dakota 57104, at the same time or within a reasonable time thereafter. If you are registered to file documents electronically, you may file your motion or answer electronically.

If you choose to respond by motion, Federal Rule of Bankruptcy Procedure 7012 governs the time within which you must serve and file your answer.

**IF YOU FAIL TO RESPOND TO THE COMPLAINT WITHIN THE TIME ALLOWED, THE COURT MAY ENTER A DEFAULT JUDGMENT AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

If you have an attorney or if you retain an attorney to help you with this matter, you should deliver this Summons and Complaint to your attorney **immediately**.

**Date issued: July 20, 2011**.

FREDERICK M. ENTWISTLE
CLERK, U.S. BANKRUPTCY COURT

s/Marla Nelson,
Deputy Clerk

