UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-40708 |
| | ) | Chapter 7 |
| TESHOME FELEMA BEKUTO | ) | |
| SSN/ITIN xxx-xx-3445 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Adv. No. 11-04028 |
| LEE ANN PIERCE, TRUSTEE | ) | |
| | ) | |
| Plaintiff | ) | CERTIFICATE OF SERVICE |
| | ) | |
| -vs- | ) | |
| | ) | |
| TESHOME FELEMA BEKUTO | ) | |
| | ) | |
| Defendant. | ) | |

  I, Lee Ann Pierce, the undersigned, hereby certify that on the 20th day of July 2011, true and correct copies of the within foregoing Summons and Complaint to Revoke Discharge, were served upon:

  Teshome Bekuto
  4304 W. Kathleen Street
  Sioux Falls, SD  57107-1817

  Service was made by United States mail, postage prepaid, directed to the address of record to anyone who was not served electronically by the United States Bankruptcy Clerk of Courts.

           FITE & PIERCE LAW OFFICE
           /s/ Lee Ann Pierce
           By:  Lee Ann Pierce
           Chapter 7 Bankruptcy Trustee
           316 Fourth Street
           P.O. Box 524
           Brookings, SD  57006
           Telephone:  (605) 692-9415/Fax:  (605) 692-1433